

**ADMINISTRACIÓN PARA EL SUSTENTO DE MENORES**

**ASUME**

GOBIERNO DE PUERTO RICO

Fecha de Emisión: 7/23/2026

*Issue date:*

# CERTIFICACION
## *CERTIFICATE*

Nuestro sistema mecanizado contiene la siguiente información:

*Our automated case management system has the following information:*

SANDRA L GONZALEZ COLON no tiene la obligación de pagar pensión alimentaria a través de ASUME.

*SANDRA L GONZALEZ COLON does not have obligation to pay child support through the ASUME.*

| Caso<br>*Case* | Pensión Fijada<br>*Support Established* | Frecuencia de Pago<br>*Payment Frequency* | Fecha Último Pago<br>*Last Payment Date* | Balance<br>*Balance* | Plan de Pagos<br>*Payment plan* | Fecha en que se estableció Plan de Pagos<br>*Payment Plan establishment date* | Fecha último pago registrado del Plan de Pagos<br>*Date of last payment for payment plan* | Asistencia Económica (TANF)<br>*Assistance for Needy Families Program (TANF)* |
|---|---|---|---|---|---|---|---|---|
| 0619779 | $184.62 | SEMANAL | 7/3/2026 | $944.32 | $16.05 | 7/10/2025 | 7/3/2026 | |

SANDRA L GONZALEZ COLON NO se encuentra acogido/a a la Ley de Quiebras.

*SANDRA L GONZALEZ COLON IS NOT under the protection of the Bankruptcy Act.*

Tiene **0** obligación(es) de pagos de pension(es) alimentaria(s) a través de ASUME.

*Has **0** child support obligation(s) through the ASUME*

Recibe pensión alimentaria a través de ASUME en **1** caso(s):

*Receives child support through ASUME in **1** case(s):*

**0619779**

Este documento resume la información contenida en el sistema mecanizado (PRACSES) de la Administración para el Sustento de Menores. Los pagos realizados directamente a la persona custodia no se registran como pagos de pensión alimentaria ni plan de pago. Deberá acudir a la oficina de la ASUME donde está asignado su caso para solicitar la acreditación de pagos efectuados fuera de ASUME. La información de este documento es válida por treinta (30) días, a partir de la fecha de su emisión.

Cuando la cantidad en la columna de Balance se presenta entre paréntesis (), significa exceso de pagos recibidos.

*This document summarizes the information contained in the Administration for Child Support Enforcement automated system (PRACSES). Payments made directly to the Custodial Person are neither registered as child support payments nor as payments made for the payment plan. You must visit the ASUME office to which your case is assigned in order to request to credit those payments. The information contained in this document is valid for thirty (30) days from its issue date.*

*When the amount in the Balance column is surrounded in parentheses (),it means excess of payments received.*

**20260625202607250725232829**

NOTA DE CONFIDENCIALIDAD: La información contenida en este documento y cualquier anejo del mismo es confidencial y privilegiada y tiene el propósito de que sólo sea utilizado por la persona identificada en el mismo.

*CONFIDENTIALITY NOTE: The information contained in this document and any attachment is confidential and privileged and has the purpose of being used only by the person identified in it.*

Para validar la información contenida en este certificado, favor acceder a https://serviciosenlinea.pr.gov/validacionelectronica/

To validate the information here in, please access https://serviciosenlinea.pr.gov/validacionelectronica/

ASM-526
REV 01/22