**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA DE FAMILIA Y MENORES**
**REGIÓN JUDICIAL DE BAYAMÓN**

| | |
|---|---|
| **AMILCAR NORAT COLLAZO**<br>**PARTE DEMANDANTE** | **CIVIL NÚM.:  D DI2015-0503** |
| **V.** | **SALA: 3005** |
| **SANDRA L. GONZÁLEZ COLLAZO**<br>**PARTE DEMANDADA** | **SOBRE:  DIVORCIO** |

## RESOLUCIÓN ENMENDADA[1]

En el caso de autos, se estableció una pensión alimentaria de $184.62 semanales y un plan de pago de $16.05 semanales, para un total de $200.67 semanales.  En la vista celebrada el 27 de agosto de 2025 el Sr. Norat Collazo presentó una petición de quiebra bajo el Capítulo 13 ante el Tribunal Federal paralizando el cobro de la deuda de pensión alimentaria.  En ese momento, se mantuvo en suspenso la Orden de Arresto.

El 8 de abril de 2026, la Sra. González Collazo presentó la *Orden* del Tribunal Federal desestimando la quiebra bajo el Capítulo 13 del Sr. Norat Collazo.  En dicho escrito, además, solicita que éste sea encontrado incurso en desacato por el incumplimiento con el pago de la pensión alimentaria.

En vista de lo anterior y ante el incumplimiento reiterado con el pago de la pensión alimentaria, el Tribunal encuentra incurso en desacato al Sr. Amilcar Norat Collazo.  Se emite Orden de Arresto por la deuda de $193,132.40 a enero de 2025.  Se exige el pago total adeudado para conceder su libertad.  **Se señala Vista de Seguimiento para el 15 de julio de 2026, a las 9:00 am, de manera presencial**.

**REGÍSTRESE Y NOTIFÍQUESE**.

En Bayamón, Puerto Rico a 14 de abril de 2026.  Enmendada hoy, 8 de mayo de 2026.

**LIRIO DEL MAR GONZÁLEZ BERNAL**
**JUEZA SUPERIOR**

---

[1] Se enmienda a los efectos de corregir la deuda de pensión alimentaria.

Núm. Identificador: RES2026000 22629